Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

<table>
<tr>
<td>

TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; IPSCO TUBULARS INC.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION; AND SIDERCA S.A.I.C.,

**Plaintiffs,**

v.

UNITED STATES,

**Defendant.**

</td>
<td>

**S U M M O N S**

**Court No. 22-00343**

</td>
</tr>
</table>

**TO:**   The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1.  Plaintiffs in this action are Tenaris Bay City, Inc., Maverick Tube Corporation, IPSCO Tubulars Inc. (collectively, "Tenaris USA"), producers in the United States of the domestic like product, Tenaris Global Services (U.S.A.) Corporation ("TGS USA"), a United States importer of subject merchandise, and Siderca S.A.I.C. ("Siderca"), a foreign producer and exporter of subject merchandise.  Plaintiffs are interested parties, as defined in 19 U.S.C. § 1677(9)(A) and (C), who actively participated in the investigation that resulted in the contested determination.  Plaintiffs therefore are entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(d).

2.  Plaintiffs contest the final determination of the United States Department of Commerce in the investigation of oil country tubular goods from Argentina, as published in *Oil Country Tubular Goods from Argentina: Final Affirmative Determination of Sales at Less Than Fair Value and Final Negative Determination of Critical Circumstances*, 87 Fed. Reg. 59054 (September 29, 2022) ("Final Determination").  The subsequent antidumping duty order on oil country tubular goods from Argentina was published in *Oil Country Tubular Goods From Argentina, Mexico, and the Russian Federation: Antidumping Duty Orders and Amended Final Affirmative Antidumping Duty Determination for the Russian Federation*, 87 Fed. Reg. 70785 (November 21, 2022) ("AD Order").

3.  The Final Determination was issued on September 23, 2022.

4.  The Final Determination was published in the *Federal Register* on September 29, 2022.  The AD Order was published in the *Federal Register* on November 21, 2022.

/s/ Gregory J. Spak

Gregory J. Spak
Frank J. Schweitzer
Kristina Zissis
Matthew W. Solomon
Danica Harvey

WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

*Counsel for Tenaris Bay City, Inc., IPSCO*
*Tubulars Inc., Maverick Tube Corporation,*
*Tenaris Global Services (U.S.A.) Corporation,*
*and Siderca S.A.I.C.*

Date: December 16, 2022

## SERVICE OF SUMMONS BY THE CLERK

**TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, IPSCO TUBULARS INC., TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION, AND SIDERCA S.A.I.C., v. UNITED STATES**
**CIT Court No. 22-00343**

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following defendants:

## UPON THE UNITED STATES:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

## UPON THE DEPARTMENT OF COMMERCE:

Leslie Kiernan
General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Chief Counsel, Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

**TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, IPSCO TUBULARS INC., TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION, SIDERCA S.A.I.C., TUBOS DE ACERO DE MEXICO, S.A. v. UNITED STATES**
**CIT Court No. 22-00343**

I, Gregory J. Spak of the law firm White & Case LLP, hereby certify that on or promptly after December 16, 2022, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below and served copies of the foregoing Summons, Form 5, Form 13, and Form 17 upon the following individuals by certified mail, return receipt requested:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

Leslie Kiernan
General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Chief Counsel, Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

**On behalf of: Borusan Mannesmann Pipe USA, Inc., PTC Liberty Tubulars LLC, the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, and Welded Tube USA, Inc.**

Roger B. Schagrin, Esq.
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W., Suite 500
Washington, D.C. 20001
rschagrin@schagrinassociates.com

**On behalf of: U. S. Steel Tubular Products, Inc.**

Thomas M. Beline, Esq.
CASSIDY LEVY KENT (USA) LLP
900 19th Street NW, Suite 400
Washington, DC 20006
tbeline@cassidylevy.com

**On behalf of TMK Group:**

Jeffrey M. Winton, Esq.
WINTON & CHAPMAN PLLC
1900 L Street, NW, Suite 611
Washington, DC 20036
jwinton@jmwinton.com

**On behalf of the Government of Argentina:**

Juan Cortelletti
EMBASSY OF ARGENTINA
1600 New Hampshire Avenue, NW
Washington, DC 20009
econargusa@embassvofargentina.us
eeeuu@mrecic.gov.ar

**On behalf of the Embassy of Mexico**:

Alberto Sandoval
EMBASSY OF MEXICO
1911 Pennsylvania Avenue, NW
Washington, DC 20006
Ignacio.sandoval@economia.gob.mx
Cesar.remis@economia.gob.mx

**On behalf of the Russian Federation:**[1]

Elena G. Nosyreva
MINISTRY OF ECONOMIC DEVELOPMENT OF

---

[1] Individuals notified on behalf of the Russian Federation were served by electronic service only, given the United States Postal Service suspension of service to Russia (effective March 11, 2022).

THE RUSSIAN FEDERATION
Presnenskaya N aberezhnaya, 10/2
Moscow, Russia, 125039
NosyrevaEG@economy.gov.ru

Andrey Zimin
PAO TMK
40/2a Pokrovka Street
Moscow, Russia 101000
ZiminAA@tmk-group.co

/s/ Gregory J. Spak
Gregory J. Spak
