

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

March 14, 2024

Gregory James Spak, Esq.
Colin Alejandro Dilley, Esq.
Cristina M. Cornejo, Esq.
Danica Harvey, Esq.
Frank John Schweitzer, Esq.
Kristina Zissis, Esq.
Luca Bertazzo, Esq.
Matthew Wolf Solomon, Esq.
Ron Kendler, Esq.
White & Case, LLP
701 Thirteenth Street, NW
Suite 1100
Washington, DC 20005-3807
   Email:    gspak@whitecase.com
                 alex.dilley@whitecase.com
                 cristina.cornejo@whitecase.com
                 danica.harvey@whitecase.com
                 frank.schweitzer@whitecase.com
                 kzissis@whitecase.com
                 lbertazzo@whitecase.com
                 matt.solomon@whitecase.com
                 ron.kendler@whitecase.com

Hardeep K. Josan, Esq.
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
   Email:    hardeep.k.josan@usdoj.gov

Alexander Paul Fried, Esq.
Ian Andrew McInerney, Esq.
Of Counsel
U.S. Department of Commerce
Office of the Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230
Email:     alexander.fried@trade.gov
           Ian.McInerney@trade.gov

Thomas Martin Beline, Esq.
James Edward Ransdell, IV, Esq.
Sarah E. Shulman, Esq.
Cassidy Levy Kent (USA) LLP
900 19th Street, NW
Suite 400
Washington, DC 20006-2110
Email:     tbeline@cassidylevy.com
           jransdell@cassidylevy.com
           sshulman@cassidylevy.com

Roger Brian Schagrin, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Jeffrey David Gerrish, Esq.
Justin M. Neuman, Esq.
Luke Anthony Meisner, Esq.
Michelle Rose Avrutin, Esq.
Nicholas Joel Birch, Esq.
Saad Younus Chalchal, Esq.
William A. Fennell, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
Email:     rschagrin@schagrinassociates.com
           ccloutier@schagrinassociates.com
           edrake@schagrinassociates.com
           jgerrish@schagrinassociates.com
           jneuman@schagrinassociates.com
           lmeisner@schagrinassociates.com
           mavrutin@schagrinassociates.com
           nbirch@schagrinassociates.com
           schalchal@schagrinassociates.com
           wfennell@schagrinassociates.com

  *Re:*  *Tenaris Bay City, Inc. et al. v. United States*
     Court No. 22-00343

Dear Counsel:

  It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Friday, March 22, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Thursday, March 21, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

  Thank you for your assistance.

                Sincerely,

                /s/ Claire R. Kelly
                Claire R. Kelly, Judge