

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

December 2, 2024

Gregory James Spak, Esq.
Colin Alejandro Dilley, Esq.
Cristina M. Cornejo, Esq.
Frank John Schweitzer, Esq.
Kristina Zissis, Esq.
Luca Bertazzo, Esq.
Matthew Wolf Solomon, Esq.
Ron Kendler, Esq.
White & Case, LLP
701 Thirteenth Street, NW
Suite 1100
Washington, DC 20005-3807
Email:      gspak@whitecase.com
            alex.dilley@whitecase.com
            cristina.cornejo@whitecase.com
            frank.schweitzer@whitecase.com
            kzissis@whitecase.com
            lbertazzo@whitecase.com
            matt.solomon@whitecase.com
            ron.kendler@whitecase.com

Hardeep K. Josan, Esq.
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
Email:      hardeep.k.josan@usdoj.gov

Court No. 22-00343 Page **2** of **3**

Ian Andrew McInerney, Esq.
Of Counsel
U.S. Department of Commerce
Office of the Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230
Email:       Ian.McInerney@trade.gov

Thomas Martin Beline, Esq.
James Edward Ransdell, IV, Esq.
Sarah E. Shulman, Esq.
Cassidy Levy Kent (USA) LLP
900 19th Street, NW
Suite 400
Washington, DC 20006-2110
Email:       tbeline@cassidylevy.com
             jransdell@cassidylevy.com
             sshulman@cassidylevy.com

Roger Brian Schagrin, Esq.
Alessandra A. Palazzolo, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Jeffrey David Gerrish, Esq.
Justin M. Neuman, Esq.
Luke Anthony Meisner, Esq.
Michelle Rose Avrutin, Esq.
Nicholas Joel Birch, Esq.
Saad Younus Chalchal, Esq.
William A. Fennell, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
Email:       rschagrin@schagrinassociates.com
             apalazzolo@schagrinassociates.com
             ccloutier@schagrinassociates.com
             edrake@schagrinassociates.com
             jgerrish@schagrinassociates.com
             jneuman@schagrinassociates.com
             lmeisner@schagrinassociates.com
             mavrutin@schagrinassociates.com
             nbirch@schagrinassociates.com
             schalchal@schagrinassociates.com
             wfennell@schagrinassociates.com

   *Re:* *Tenaris Bay City, Inc. et al. v. United States*
     Court No. 22-00343

Dear Counsel:

  It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Tuesday, December 10, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Monday, December, 9, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

  Thank you for your assistance.

              Sincerely,

              /s/ Claire R. Kelly
              Claire R. Kelly, Judge