**FORM 3: Notice of Appeal from the United States Court of International Trade**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; IPSCO TUBULARS INC.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION; AND SIDERCA S.A.I.C.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>        and<br><br>UNITED STATES STEEL CORPORATION; BORUSAN MANNESMANN PIPE U.S. INC.; PTC LIBERTY TUBULARS LLC; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; AND WELDED TUBE,<br><br>        Defendant-Intervenors. | Court No. 22-00343 |

## NOTICE OF APPEAL

Notice is hereby given that the following parties, Tenaris Bay City, Inc., IPSCO Tubulars Inc., Maverick Tube Corporation, Tenaris Global Services (U.S.A.) Corporation, and Siderca S.A.I.C., in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on December 2, 2024.

Respectfully submitted,

/s/ Gregory J. Spak
Gregory J. Spak
Frank J. Schweitzer
Kristina Zissis
Matthew W. Solomon

WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Phone: (202) 626-3600
Email: gspak@whitecase.com

*Counsel to Tenaris Bay City, Inc., IPSCO Tubulars Inc., Maverick Tube Corporation, Tenaris Global Services (U.S.A.) Corporation, and Siderca S.A.I.C.*

Date: January 17, 2025