## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **TENARIS BAY CITY, INC., ET AL.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant,<br><br>and<br><br>**UNITED STATES STEEL CORPORATION, ET AL.,**<br><br>    Defendant-Intervenors. | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 22-00343** |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dissolve Injunction, see ECF No. 111. The Court issued the statutory injunction in connection with Plaintiffs' challenge to the Department of Commerce's ("Commerce") investigation of Oil Country Tubular Goods from Argentina and the antidumping duty order itself. See ECF No. 29. Although Plaintiffs have appealed this Court's decision sustaining Commerce's dumping determination, the appeal involves Commerce's initiation of the investigation and the continued existence of the antidumping duty order. See Tenaris Bay City, Inc. v. United States, 745 F. Supp. 3d 1336, 1345 (Ct. Int'l Trade 2024); see also ECF Nos. 104, 105. The appeal does not challenge the duty rate and thus liquidation will not render the legal questions under appeal moot.

Therefore, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the injunction enjoining the liquidation of subject entries produced and/or exported from Argentina to the United States by Siderca S.A.I.C., that were entered, or withdrawn from warehouse, for consumption, during the periods May 11, 2022, through November 6, 2022, and November 18, 2022, through October 31, 2023, is dissolved and the suspension of liquidation of covered entries is lifted

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: July 29, 2025
New York, New York