# United States Court of Appeals for the Federal Circuit

---

**TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, IPSCO TUBULARS INC., TENARIS GLOBAL SERVICES (U.S.A.) CORP., SIDERCA S.A.I.C.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, UNITED STATES STEEL CORPORATION, BORUSAN MANNESMANN PIPE U.S. INC., PTC LIBERTY TUBULARS LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, WELDED TUBE,**
*Defendants-Appellees*

---

2025-1382

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00343-CRK, Judge Claire R. Kelly.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered September 18, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 9, 2026
Date

Jarrett B. Perlow
Clerk of Court